UNITED STATES BANKRUPTCY COURT
EASTERN DISRICT OF ARKANSAS
BATESVILLE DIVISION

IN RE:    GITZ, Bradley and Elizabeth                    CASE NO. 1:05-bk-25098
          Debtors                                        Chapter 7

## ORDER APPROVING TRUSTEE'S FINAL REPORT AND PROPOSED DISTRIBUTION AND APPLICATION FOR COMPENSATION AND EXPENSES

Comes now the Court and finds that notice has been given to all parties in interest of the filing of the Trustee's Final Report and Proposed Distribution and Final Application for Compensation and Expenses; that no objections have been filed within the time fixed by the Court; therefore,

**IT IS ORDERED** that the Trustee's Final Report and Proposed Distribution is approved, and the Final Application for Compensation and Expenses are allowed as follows:

| APPLICANT | COMPENSATION or FEES | EXPENSES |
|---|---|---|
| A. Jan Thomas, Jr. TRUSTEE | $500.78 | $114.36 |
| OTHER | | |

Administrative expenses heretofore allowed by interim order, if any, are hereby modified to the extent applicable by this order.

Entered at Batesville on this  5th  day of April, 2007.

*/s/ Audrey R Evans*
**Bankruptcy Judge**

Submitted By:

/s/ A. Jan Thomas, Jr.
**Trustee's Signature**

Entered on Docket
4/5/07 by
LaTrese Martindale

cc:   A. Jan Thomas, Jr., Trustee
      United States Trustee's Office
      Attorney for Debtor