UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**BRADLEY AND ELIZABETH GITZ**                         Case No.:  05-25098
Debtor(s)                                                                             Chapter 7

**TRUSTEE'S DISTRIBUTION REPORT AND FINAL ACCOUNTING**

A. JAN THOMAS, JR., trustee of the estate of the above-named Debtor(s), certifies to the Court and the United States Trustee, that this estate has been fully administered. A Trustee's Final Report has been filed and proper disbursements completed. No funds or assets of the estate remain. Bank statements and canceled checks evidencing final disbursement of all funds and a zero balance for the estate account have been provided to the U. S. Trustee. The following is a summary of all receipts and disbursements of this estate.

**$2,003.10**        **GROSS RECEIPTS**

**DISTRIBUTION:**

| | | |
|---|---|---|
| $500.78 | **a.** | Trustee Compensation |
| 0.00 | **b.** | Attorney Fees to Trustee or Firm |
| 0.00 | **c.** | Attorney Fees to Outside Counsel |
| 0.00 | **d.** | Professional Fees to Trustee or Firm |
| 0.00 | **e.** | Professional Fees to Outside Professionals |
| $114.36 | **f.** | Administrative Costs (including Trustee Expenses &Clerk's Notice Fees) |
| 0.00 | **g.** | Prior Chapter Expenses |
| 0.00 | **h.** | Secured Creditors |
| 0.00 | **i.** | Priority Creditors |
| $1,387.96 | **j.** | Unsecured Creditors (including funds paid to Clerk per FRBP 3010 & 3011) |
| 0.00 | **k.** | Payments to Debtor |
| 0.00 | **l.** | Other:_____ |

**$2,003.10**        **TOTAL DISBURSEMENTS**

THEREFORE, pursuant to FRBP 5009, the trustee requests that this Final Account be accepted, and that the Court order the case closed and discharges the trustee of any further duties.

**Date:  6/14/07**                              **/s/ A. Jan Thomas, Jr.**
                                                            **Trustee**